# United States Court of Appeals for the Federal Circuit

---

**EXPRESS MOBILE, INC.,**
*Plaintiff-Appellant*

**v.**

**GODADDY.COM, LLC,**
*Defendant-Appellee*

---

2023-2265

---

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-01937-MFK-JLH, Judge Matthew F. Kennelly.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED IN PART, VACATED IN PART, AFFIRMED IN PART, AND REMANDED**

FOR THE COURT

April 2, 2025
Date

Jarrett B. Perlow
Clerk of Court